# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Ramone Carter                       Docket No. 5:11-CR-70-1H

### Petition for Action on Supervised Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ramone Carter, who, upon an earlier plea of guilty to Possession With Intent to Distribute More Than Five (5) Grams of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1), was sentenced on June 6, 2005, in the Southern District of West Virginia by the Honorable Joseph R. Goodwin, U.S. District Judge, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of testing, counseling, and treatment for drug and alcohol abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.

On March 14, 2008, pursuant to 18 U.S.C. § 3582(c)(2), the defendant's imprisonment sentence was reduced to 60 months. Ramone Carter was released from custody on August 3, 2008, at which time the term of supervised release commenced in the Eastern District of North Carolina. On March 18, 2011, jurisdiction was received from the Southern District of West Virginia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 21, 2012, the defendant submitted a drug screen which proved positive for marijuana. He admitted that he smoked marijuana two weeks prior to the test. It was revealed during a record check that on December 23, 2011, the defendant was charged in Harnett County, North Carolina, with Resisting Public Officer and Consume Alcohol On Non-Licensed Premises (11CR55697). The defendant failed to notify the probation officer as required but admitted he committed the offenses when confronted. He expressed remorse for smoking marijuana and engaging in criminal conduct. The defendant is being referred for additional substance abuse counseling and urine surveillance will be increased to deter any future drug use. As a punitive sanction for his criminal conduct and failing to notify the probation officer as required, it is recommended that the defendant be placed on home detention supported by electronic monitoring for 30 days.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Ramone Carter
Docket No. 5:11-CR-70-1H
Petition For Action
Page 2

      **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 30 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. Given the defendant's financial constraints, the government will be responsible for payment of the monitoring fees.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Debbie W. Starling<br>Debbie W. Starling<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: March 1, 2012 |

**ORDER OF COURT**

Considered and ordered this 1st day of MARCH, 2012, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge